# Exhibit B



**Mobimight Media Ltd**
Maskit St. 9
Herzliya Pituach, Israel
4673309
Email: billing@mobimight.com

# PROFORMA INVOICE    Number: 08/000733    Original

TO:  
Kubient LLC (Centerpoint Media  
111W 28th St  
NY NY  
US  

Customer #: 201109  

Order: CTR9001  

V.A.T ID: IL 515468361  
Date: Oct-16-2017  
Time: 21:52  
Page 1 of 1  

| # | Item Number | Description | Currency | Quantity | Unit Price | Total Line |
|---|---|---|---|---|---|---|
| 1 | 0 | Media for September | USD | 1.00 | 71,470.45 | 71,470.45 |
| | | | | 1.00 | Total: | 71,470.45 |
| | | | | | Discount % 0.00 | 0.00 |
| | | | | | Total with Discount: | 71,470.45 |
| | | | | | V.A.T 0.00% | 0.00 |
| | | | | | USD Total Payment: | 71,470.45 |

Payment net 60

Bank HaPoalim B.M.
Bank Address: 5, Abba Eban Blvd. 46820
Bank Number: 12
Bank Branch: 584
Swift: POALILIT
Account number: 119844
Iban: IL59-0125-8400-0000-0119-844
VAT/TAX ID number: 515468361

Due Date 30/11/2017

Document producer:    Project: 2017  3 רבעון    Authorized Signature_____
[billing@mobimight.com]
MobiMight Media Ltd_____





Mobimight Media Ltd
Maskit St. 9
Hertzliya Petuach
Israel, 4673309
billing@mobimight.com

# PROFORMA INVOICE  Number: 08/000940    Original

| TO: | Customer #: 201109 | V.A.T ID: IL 515468361 |
|---|---|---|
| Kubient LLC (Centerpoint Media | | Date: Dec-12-2017 |
| 111W 28th St | | Time: 22:21 |
| NY NY | Order: CTR10001 | Page 1 of 1 |
| US | | |

| # | Item Number | Description | Currency | Quantity | Unit Price | Total Line |
|---|---|---|---|---|---|---|
| 1 | 0 | Media for October | USD | 1.00 | 54,412.91 | 54,412.91 |
| 2 | 0 | This replaces proforma 08/815 | USD | 1.00 | 0.00 | 0.00 |
| | | | | 2.00 | Total: | 54,412.91 |
| | | | | | Discount % 0.00 | 0.00 |
| | | | | | Total with Discount: | 54,412.91 |
| | | | | | V.A.T 0.00% | 0.00 |
| | | | | | USD Total Payment: | 54,412.91 |

Payment net 60 from end of billing month

Bank HaPoalim B.M.
Bank Address: 5, Abba Eban Blvd. 46820
Bank Number: 12
Bank Branch: 584
Swift: POALILIT
Account number: 119844
Iban: IL59-0125-8400-0000-0119-844
VAT/TAX ID number: 515468361

Due Date 31/12/2017

Document producer:    Project: OCT 17    Authorized Signature_____
[billing@mobimight.com]
MobiMight Media Ltd_____





# PROFORMA INVOICE   Number: 08/000941   Original

TO:
Kubient LLC (Centerpoint Media
111W 28th St
NY NY
US

Customer #: 201109

Order: CTR11001

Mobimight Media Ltd
Maskit St. 9
Hertzliya Petuach
Israel, 4673309
billing@mobimight.com

V.A.T ID: IL 515468361
Date: Dec-12-2017
Time: 23:09
Page 1 of 1

| # | Item Number | Description | Currency | Quantity | Unit Price | Total Line |
|---|---|---|---|---|---|---|
| 1 | 0 | Media for November | USD | 1.00 | 51,266.39 | 51,266.39 |

| | | |
|---|---|---|
| 1.00 | Total: | 51,266.39 |
| | Discount % 0.00 | 0.00 |
| | Total with Discount: | 51,266.39 |
| | V.A.T 0.00% | 0.00 |
| | USD Total Payment: | 51,266.39 |

Payment net 60

Bank HaPoalim B.M.
Bank Address: 5, Abba Eban Blvd. 46820
Bank Number: 12
Bank Branch: 584
Swift: POALILIT
Account number: 119844
Iban: IL59-0125-8400-0000-0119-844
VAT/TAX ID number: 515468361

Due Date 31/01/2018

Document producer:
[billing@mobimight.com]
MoblMight Media Ltd_____

Project: NOV 17

Authorized Signature_____





# MOBIMIGHT

Mobimight Media Ltd
MaskIt St. 9
Hertzliya Petuach
Israel, 4673309
billing@mobimight.com

## PROFORMA INVOICE   Number: 08/000991   Original

TO:
Kubient LLC (Centerpoint Media
111W 28th St
NY NY
US

Customer #: 201109
Order: CTR1201

V.A.T ID: IL 515468361
Date: Jan-04-2018
Time: 14:49
Page 1 of 1

| # | Item Number | Description | Currency | Quantity | Unit Price | Total Line |
|---|---|---|---|---|---|---|
| 1 | 0 | Media for DEC 2017 | USD | 1.00 | 33,005.12 | 33,005.12 |
|   |   |   |   | 1.00 | Total: | 33,005.12 |
|   |   |   |   |   | Discount % 0.00 | 0.00 |
|   |   |   |   |   | Total with Discount: | 33,005.12 |
|   |   |   |   |   | V.A.T 0.00% | 0.00 |
|   |   |   |   |   | USD Total Payment: | 33,005.12 |

Payment-Net 60

Bank HaPoalim B.M.
Bank Address: 5, Abba Eban Blvd. 46820
Bank Number: 12
Bank Branch: 584
Swift: POALILIT
Account number: 119844
Iban: IL59-0125-8400-0000-0119-844
VAT/TAX ID number: 515468361

Due Date 03/03/2018

Document producer:
[billing@mobimight.com]
MobiMight Media Ltd_____

Project: DEC 17

Authorized Signature_____

