UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STACEY MERCER,

                Plaintiff(s),

- against -

MA'S NOODLE FUN INC., et al.

                Defendant(s),

-----------------------------------------------------------X

1:18 Civ. 10539 (RWS)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/13/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) SABOR A MEXICO CORP. by personally serving SUE ZOUKY, LEGAL CLERK, and proof of service was therefore filed on 12/18/2018, Doc. #(s) 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

Jan 22, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk