UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MOBIMIGHT MEDIA, LTD.,
                        Plaintiff,

           - vs. -

KUBIENT, INC.
                        Defendant.
------------------------------------- x

Case No.: 1:18-cv-04339

## PROPOSED JUDGMENT

**WHEREAS,** on November 27, 2018, plaintiff MobiMight Media, Ltd. ("Plaintiff") and defendant Kubient, Inc. ("Defendant") (together, the "Parties") entered into a Confidential Settlement Agreement;

**WHEREAS,** on December 12, 2018, the Parties filed a Stipulation of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii);

**WHEREAS,** on December 13, 2018, this Court so ordered the Parties' Stipulation of Voluntary Dismissal (i) dismissing the above-captioned action without prejudice against Defendant pursuant to the F.R.C.P. 41(a)(1)(A)(ii); (ii) incorporating the terms of the Parties' Confidential Settlement Agreement; and (iii) retaining jurisdiction over this matter to the extent that any provision of the Confidential Settlement Agreement is breached and enforcement is required of this Court (Daniels, G);

**WHEREAS,** upon Defendant's uncured payment default under the Confidential Settlement Agreement on January 1, 2019;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Judgment shall enter this day in accordance with the Stipulated Judgment annexed hereto as **Exhibit 1** and the Affidavit of Attorneys' Fees annexed hereto as **Exhibit 2**;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, THAT**
Plaintiff does recover of Defendant, as follows: (i) the principal sum of Ninety Thousand One Hundred Fifty-Four and 87/100 ($90,154.87) Dollars (representing the amount listed in the Stipulated Judgment of One Hundred Five Thousand One Hundred Fifty-Four and 87/100 ($105,154.87) Dollars, less total payments made by Defendant of Fifteen Thousand and 00/100 ($15,000.00) Dollars); plus (ii) pre-judgment interest at a rate of ten percent (10%) per annum from January 1, 2019 through January 28, 2019 in the amount of Six Hundred Sixty-Six and 90/100 ($666.90) Dollars; plus (iii) attorneys' fees incurred in connection with collection efforts, in the amount of Eight Hundred Seventy and 00/100 ($870.00) Dollars for a total judgment in the amount of **Ninety-One Thousand Six Hundred Ninety-One and 77/100 ($91,691.77) Dollars**, plus post judgment interest at a rate of nine percent (9%) per annum to the date of payment, and that Plaintiff has execution thereof.

Judgment signed this _____ day of __**MAR 1 1 2019**__, 2019.

*George B. Daniels* (signature)