UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOBIMIGHT MEDIA, LTD.,

         Plaintiff,

   - vs. -

KUBIENT, INC.

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/19

Case No.: 1:18-cv-04339(GBD)

## NOTICE OF SETTLEMENT AND SATISFACTION OF JUDGMENT

WHEREAS, on May 15, 2018, Mobimight Media Ltd. ("Mobimight") filed Civil Action Number 1:18-cv-044339-GBD in the United States District Court for the Southern District of New York (the "Action"); and

WHEREAS, on March 11, 2019, a judgment was entered in the Action in favor of Mobimight and against Kubient in the amount of $91,691.77 (the "Judgment");

WHEREAS, on or about June 24, 2019, Mobimight and Kubient entered into a Settlement and Mutual Release Agreement and Kubient paid certain sums to Mobmight in accordance with said agreement; and

WHEREAS, the Judgment has been satisfied by Kubient.

Therefore, the Clerk of the United States District Court, Southern District of New York, is requested to satisfy and cancel the Judgment of Record.

1

Dated: Greenwich, Connecticut
       August 27, 2019

IVEY, BARNUM & O'MARA, LLC

By: _____
Andrea C. Sisca, Esq. (AS2639)
Stephen G. Walko, Esq. (SW5398)
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Telephone: (203) 661-6000
Email: asisca@ibolaw.com
         swalko@ibolaw.com

*Attorneys for plaintiff*
*Mobimight Media Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, a copy of the foregoing was filed electronically and served by U.S. mail, first class postage prepaid on any party unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Andrea C. Sisca, Esq. (AS2639)